| | |
|---|---|
| 1 | Michael J. Crowley (CSB #102343) |
| | Patrik Griego (CSB #194216) |
| 2 | **JANSSEN, MALLOY, NEEDHAM,** |
| | **MORRISON, REINHOLTSEN & CROWLEY, LLP** |
| 3 | 730 Fifth Street |
| | P.O. Drawer 1288 |
| 4 | Eureka, CA 95501 |
| | Telephone: (707) 445-2071 |
| 5 | Facsimile: (707) 445-8305 |
| | mcrowley@janssenlaw.com |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | Robert Ewing |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | ROBERT EWING, | CASE NO. C 07-01229 MJJ |
| 12 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE |
| 13 | v. | |
| 14 | USA, | |
| 15 | Defendants. | |

It is hereby stipulated by and between the above-entitled parties, by their perspective attorneys, that counsel will appear by telephone at the Initial Case Management Conference, which is scheduled for June 26, 2007 at ~~2:00~~ 1:45 p.m. in Courtroom 11. THE PARTIES ARE TO CALL (415) 522-4141 PROMPTLY AT 1:45 P.M. ~~Plaintiff's counsel will initiate the conference call to the court.~~

///
///

STIPULATION AND [PROPOSED] ORDER

1  IT IS SO STIPULATED.

2

3  Dated: June 4, 2007      JANSSEN, MALLOY, NEEDHAM,
                            MORRISON, REINHOLTSEN & CROWLEY, LLP
4
                            By _____
5                              MICHAEL J. CROWLEY
                               Attorneys for Plaintiff
6

7  Dated: June 4, 2007      By _____
                               JONATHAN U. LEE
8                              Assistant United States Attorney
                               Attorneys for Defendants
9

10

11

12

13  IT IS SO ORDERED.

14
    Dated: June 7, 2007      _____
15                           Hon. Martin J. Jenkins
                             Federal Court Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                2