SCOTT N. SCHOOLS (S.C. BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102
Telephone:    (415) 436-6909
Facsimile:    (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EWING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA;<br>UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendants. | No. C 07-1229 MJJ<br><br>**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11 BASED ON STIPULATION AND PROPOSED ORDER** |

　　　　SUBJECT TO THE AGREEMENT OF THE COURT, THE PARTIES STIPULATE BY AND THROUGH THEIR COUNSEL OF RECORD TO EXTEND THE TIME PERIOD FOR COMPLETION OF MEDIATION IN THIS CASE BY APPROXIMATELY 60 DAYS, TO ALLOW THE SCHEDULED MEDIATION TO PROCEED ON OCTOBER 9, 2007.

　　　　1.　　The Court referred this case to mediation on June 7, 2007 (Docket #17).

　　　　2.　　The Court presided over the initial case management conference on June 26, 2007 (Docket #22).  The Court issued a clerk's notice appointing Mediator Herb Schwartz on July 11, 2007 (Docket #24).

　　　　3.　　Under ADR Local Rule 6-4(b), the mediation must be conducted within 90 days

STIPULATION AND PROPOSED ORDER (CIVIL LOCAL RULE 7-11)
Cases C 07-1229 MJJ

1  of the Case Management Conference or issuance of the initial case management
2  order, whichever occurs first.  Thus, under the Court's local rules, the mediation
3  must be conducted no later than August 24, 2007.
4      4.    Due to scheduling conflicts including vacations and the mutual need of the parties
5  to complete certain discovery before mediation, the parties, together with the
6  Mediator, have agreed to attend mediation on October 9, 2007 in San Francisco.
7      5.    The parties believe an extension of the time period for mediation is warranted and
8  should be ordered.  Under Civil Local Rule 7-11, the parties stipulate to the
9  extension of the time period for completion of mediation in this case by
10 approximately 60 days, through and including October 24, 2007, starting at 10:00
11 a.m. at the Federal Building in San Francisco, and request that the Court sign the
12 order below.

DATED: July 31, 2007

JANSSEN, MALLOY, NEEDHAM,
MORRISON, REINHOLTSEN & CROWLEY

/s/
MICHAEL J. CROWLEY
Attorney for Plaintiff Robert Ewing

DATED: July 31, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendant United States of America

**I CONCUR.**

DATED: July 30, 2007

/s/
HERB SCHWARTZ, ESQ.
Mediator

**IT IS SO ORDERED:**

DATED: __8/3/07_____

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER (CIVIL LOCAL RULE 7-11)
Cases C 07-1229 MJJ

2