JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone: (415) 436-6909
    Facsimile: (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EWING,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | No. C 07-1229 PJH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO RESET INITIAL CASE MANAGEMENT CONFERENCE FOR MARCH 6, 2008 AT 2:30 P.M.** |

STIPULATION AND PROPOSED ORDER
Cases C 07-1229 MJJ

SUBJECT TO THE AGREEMENT OF THE COURT, THE PARTIES STIPULATE BY AND THROUGH THEIR COUNSEL OF RECORD TO RESET THE CASE MANAGEMENT CONFERENCE FROM MARCH 13, 2008 TO MARCH 6, 2008 AT 2:30 P.M.

1. The Court's Executive Committee recently transferred this case to the Honorable Phyllis J. Hamilton (Docket #29, 2/19/08).

2. The Court issued an order scheduling a Case Management Conference for March 13, 2008 at 2:30 p.m. (Docket #30, 2/26/08).

3. The parties through their counsel met and conferred and agreed to make this request for the following reasons:

    (a) The Court previously set a Case Management Order with a July 7, 2008 trial date and various pretrial deadlines, including completion of expert discovery on or before March 7, 2008 (Docket #23, 6/27/07),

    (b) in early February, the parties through counsel agreed to a schedule of expert depositions on March 4-6, 2008 in the San Francisco Bay Area,

    (c) the last of these depositions will take place from 1:00 p.m to 2:00 p.m. in the United States Attorney's Office, 450 Golden Gate Avenue, Ninth Floor, San Francisco, California,

    (d) plaintiff's counsel is Michael Crowley, Esq. and Mr. Crowley's office is in Eureka, California,

(4) Given the coincidence of the deposition scheduled for March 6th with the Court's usual calendar schedule for Case Management Conferences on Thursday afternoon, and in light of the travel required for Mr. Crowley to attend the Case Management Conference in person, the parties thought it worthwhile to inform the Court of these circumstances and seek the requested change of dates for the Conference.

(5) Therefore, the parties jointly request that the Case Management Conference be reset for March 6, 2008 at 2:30 p.m.

1 | [*In the alternative, if the requested action is not convenient for the Court, the parties jointly*
2 | *request that Mr. Crowley be permitted to attend the Conference on March 13, 2008 by*
3 | *telephone.*]
4 | **SO STIPULATED.**
5 | DATED: February 28, 2008          JANSSEN, MALLOY, NEEDHAM,
  |                                    MORRISON, REINHOLTSEN & CROWLEY
6 |
7 |                                     /s/
  |                                    MICHAEL J. CROWLEY
  |                                    Attorney for Plaintiff Robert Ewing
8 |
9 | DATED: February 28, 2008          JOSEPH P. RUSSONIELLO
  |                                    United States Attorney
10 |
11 |                                    /s/
   |                                   JONATHAN U. LEE
   |                                   Assistant United States Attorney
12 |                                   Attorneys for Defendant United States of America

**IT IS SO ORDERED:**

DATED: 2/29/08

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

STIPULATION AND PROPOSED ORDER
Cases C 07-1229 MJJ

3