IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT EWING,

        Plaintiff,

  vs.

UNITED STATES OF AMERICA,

        Defendant.

No. C 07-1229 MEJ

**SCHEDULING ORDER**

The trial schedule in this matter will proceed as follows: Monday, September 15th, 8:30 a.m. to 1:30 p.m., Tuesday, September 16th, 10 a.m. to 3 p.m., Wednesday, September 17th, 8:30 a.m. to 1:30 p.m., and Thursday, September 18th, 8:30 a.m. to 12:30 p.m. and 2:15 p.m. to 4:30 p.m. Each party will be limited to ten hours to present their case. The parties have waived opening and closing statements, so none will be given. Dr. Kevin Harrington, an expert for the United States, will testify out of order on the morning of September 30th.

**IT IS SO ORDERED.**

Dated: September 5, 2008



_____
MARIA-ELENA JAMES
United States Magistrate Judge