IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EWING,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____ / | No. C 07-1229 MEJ<br><br>**ORDER RE SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

　　　The parties will electronically file their proposed Findings of Fact and Conclusions of Law by 5 p.m. on Monday, October 20, 2008.

**IT IS SO ORDERED.**

Dated: September 30, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge