JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102
Telephone:      (415) 436-6909
Facsimile:      (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EWING,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA;<br>UNITED STATES POSTAL SERVICE,<br><br>   Defendants. | No. C 07-1229 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WAIVER OF COSTS AND WAIVER OF RIGHT TO FILE NOTICE OF APPEAL** |

STIPULATION AND PROPOSED ORDER
Cases C 07-1229 MEJ

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

Defendants UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE ("Defendants") waive their right to recover costs from Plaintiff ROBERT EWING in exchange for Plaintiff's agreement to waive the right to file a Notice of Appeal from the Judgment, entered in favor of Defendants and against Plaintiff on October 15, 2009.

**SO STIPULATED.**

DATED: October 30, 2009

JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY

/s/
_____
MICHAEL J. CROWLEY
Attorney for Plaintiff Robert Ewing

DATED: October 30, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendant United States of America

**IT IS SO ORDERED:**

DATED: November 2, 2009
_____
HON. MARIA ELENA JAMES
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
Cases C 07-1229 MEJ

2